**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA, NEWPORT NEWS DIVISION

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tradition Brewing Company LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1517267 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 700 Thimble Shoals Blvd, Suite 103<br>Newport News, VA 23606 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Newport News City | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.traditionbrewing.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Tradition Brewing Company LLC                                    Case number (if known) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3121_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship _____ |
| District | _____ | When _____ | Case number, if known _____ |

Debtor    Tradition Brewing Company LLC                         Case number (*if known*) _____
          Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   700 Thimble Shoals Blvd, Suite 103
                             Newport News, VA, 23606

                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.   Insurance agency    Bankers Insurance

         Contact name        Christopher Gregory

         Phone               (804) 873-8470

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Tradition Brewing Company LLC                                   Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 31, 2022
                MM / DD / YYYY

**X** /s/ Pax Goodson                                    Pax Goodson
Signature of authorized representative of debtor          Printed name

Title    Board Chairman

**18. Signature of attorney**

**X** /s/ Lynn L. Tavenner                        Date    October 31, 2022
Signature of attorney for debtor                          MM / DD / YYYY

Lynn L. Tavenner 30083
Printed name

Tavenner and Beran, PLC
Firm name

20 N 8th Street, 2nd Floor
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone    (804) 783-8300        Email address    ltavenner@tb-lawfirm.com

30083 VA
Bar number and State

# WAIVER OF NOTICE
## OF
## SPECIAL MEETING OF
## THE BOARD OF MANAGERS
## OF
## TRADITION BREWING COMPANY, LLC

Pursuant to Section 8.4 of the Amended and Restated Operating Agreement dated October 5, 2021, of Tradition Brewing Company, LLC (the "Company"), we, the undersigned, being all of the Managers of the Company, do hereby severally waive notice of the time and place of the special meeting of Board of Managers of said Company, and consent that the meeting be held on _Oct 24_, 2022 at _6:0_ ~~a.m.~~ _pm_, at _Tradition Brewing_, _Newport News_ VA for the purposes of voting on the filing of a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq., as more fully described in the Notice of Meeting which is attached hereto as Exhibit A and made a part hereof, and any other matters as may lawfully come before the meeting.

This Waiver of Notice of Special Meeting may be executed in original, by facsimile or electronic signature, in two or more counterparts, which, when taken together shall constitute an original Waiver of Notice of Special Meeting.

Dated: _Oct. 24_, 2022

MANAGERS:

_James T. Sutton_
James T. Sutton

_Pax Andrew Goodson_
Pax Andrew Goodson

_J. Cameron Robinette_
J. Cameron Robinette

_Andrew W. Beale_
Andrew W. Beale

_Phillip M. Bowditch_
Phillip Gray Bowditch

## EXHIBIT A

Notice of Meeting

**TRADITION BREWING COMPANY, LLC**

**NOTICE OF SPECIAL MEETING OF THE
BOARD OF MANAGERS
TO BE HELD
_Oct. 24_, 2022**

TO THE MANAGERS:

NOTICE IS HEREBY GIVEN THAT a Special Meeting of Board of Managers of Tradition Brewing Company, LLC, a Virginia limited liability company (the "Company") will be held at the offices of _TRADITION BREWING COMPANY_ at 6:00 a.m. p. m. Eastern Time, on _Oct. 24_, 2022, for the following purposes:

1.      To vote on the resolutions set forth in the Certificate of Corporate Resolutions (the "Resolutions"), a copy of which is attached hereto, regarding the filing of a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq., as more fully described in the Resolutions.

2.      To transact such other business as may properly come before the meeting or any adjournment thereof.

Dated: _Oct. 24_, 2022

                                               Tradition Brewing Company, LLC
                                               a Virginia limited liability company

                                               By: _Pax A. Goodson_
                                             Name: _PAX A. GOODSON_
                                             Title: _CHAIRMAN_

TRADITION BREWING COMPANY, LLC
a Virginia limited liability company (the "Company")

October 2⅟, 2022

_____

## CERTIFICATE OF CORPORATE RESOLUTIONS

The undersigned Managers of Tradition Brewing Company, LLC hereby certify that the following resolutions were duly adopted by the Company on October 2⅟, 2022, and that such resolutions have not been modified or rescinded as of the date hereof.

RESOLVED, that the Company shall be, and herby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia or such other court as the appropriate Designated Agent or Designated Agents of the Company shall determine to be appropriate (the "Bankruptcy Court"); (b) if, prior to filing the Petition, circumstances arise making it necessary or convenient, consent to the entry of an order for relief and convert an involuntary commenced chapter 7 chase to a case under chapter 11 of the Bankruptcy Code; and/or (c) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Pax Andrew Goodson, a member of the Board of Managers of the Company (the "Designated Agent") shall be, acting alone, hereby authorized, directed and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition and all other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents as any such Designated Agent, in such agent's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) execute (i) a consent to the entry of an order for relief in an involuntarily commenced chapter 11 case, if any, or (ii) a request for conversion of an involuntarily commenced chapter 7 case, if any, to a case under chapter 11 of the Bankruptcy Code; (c) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents (including debtor-in-possession loan documents) necessary or desirable in connection with the foregoing; and/or (d) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Agent may approve;

FURTHER RESOLVED, that the law firm, Tavenner & Beran, PLC, shall be, and hereby is, authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any chapter 11 case and other related matters on any such terms approved by a Designated Agent;

FURTHER RESOLVED, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized, to the extent necessary or desirable, to borrow funds and undertake related financing transactions (collectively, the "Financial Transactions") from such lenders (other than Members), and on such terms as may be approved by the Designated Agent of the Company, as reasonably necessary for the continuing

conduct of the affairs of the Company, and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by the Designated Agent of the Company in connection with such borrowings;

FURTHER RESOLVED, (a) that the Designated Agent of the Company shall be, acting alone, and hereby is, authorized, directed and empowered in the name of the and on behalf of the Company, as debtor and debtor in possession, to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Agent may deem necessary or appropriate to facilitate the Financing Transactions ( collectively, the "Financing Documents"); (b) that Financing Documents containing provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Designated Agent are approved; and (c) that the actions of the Designated Agent taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by such Designated Agents and by the Company;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Agent, the Designated Agent or any other member of the Board of Managers shall be, acting alone, and hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, engagement letters, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such Agent's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any Designated Agent of the Company in connection with implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

October 24, 2022

**Tradition Brewing Company, LLC**
**a Virginia limited liability company**

By: _____
Andrew W. Beale, Manager

By: _____
Phillip Gray Bowditch, Manager

By: _____
Pax Andrew Goodson, Manager

2

By: _____
James T. Sutton, Manager

By: _____
J. Cameron Robinett, Manager

**Fill in this information to identify the case:**

Debtor name  Tradition Brewing Company LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA, NEWPORT NEWS DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

|  | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 31, 2022          **X** /s/ Pax Goodson
                                         Signature of individual signing on behalf of debtor

                                         Pax Goodson
                                         Printed name

                                         Board Chairman
                                         Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tradition Brewing Company LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA, NEWPORT NEWS DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alex Hutcherson 2989 River Reach Williamsburg, VA 23185 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| Anthony Trujillo 412 Belmont Circle Yorktown, VA 23693 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| B+B Brewery Company, LLC 3632 Kevin Drive Norfolk, VA 23518 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| City of Newport News 2400 Washington Avenue Newport News, VA 23607 | | Food & Beverage Tax | | | | $4,837.90 |
| Cliff Dunn 130 James River Drive Newport News, VA 23606 | | Convertible Promissory Note | Unliquidated | | | $25,000.00 |
| Dr. James. M Mullins 317 Quarter Track Yorktown, VA 23693 | | Convertible Promissory Note | Unliquidated | | | $25,000.00 |
| Dr. Saint George Lee 607 River Road Newport News, VA 23601 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| Groom & VanEck, LLC 16350 Pleasure Point Place Windsor, VA 23487 | | Convertible Promissory Note | Unliquidated | | | $75,000.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Tradition Brewing Company LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jay Mirmelstein 2309 Point Chesapeake Quay, Unit 5011 Virginia Beach, VA 23451 | | Convertible Promissory Note | Unliquidated | | | $75,000.00 |
| Juana Connors-Trujillo 412 Belmont Circle Yorktown, VA 23693 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| Keith Vandervennet 206 James River Drive Newport News, VA 23601 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| KSR Drummond, LLC 118 Beecham Drive Yorktown, VA 23692 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| Marcelle Scott 586 Crown Point Drive Newport News, VA 23602 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| Marcelle Scott 586 Crown Point Drive Newport News, VA 23602 | | | | | | $21,439.88 |
| Michael Trujillo 412 Belmont Circle Yorktown, VA 23693 | | Convertible Promissory Note | Unliquidated | | | $50,000.00 |
| TBC Investors 22 Museum Drive Newport News, VA 23601 | | Convertible Promissory Note | Unliquidated | | | $75,000.00 |
| Todd Hollis 724 Gibbon Street Alexandria, VA 22314 | | Convertible Promissory Note | Unliquidated | | | $25,000.00 |
| Todd Hollis 724 Gibbon Street Alexandria, VA 22314 | | No Written Document | | | | $5,000.00 |
| Whitecap Craft Beer Enterprises, LLC 5800 Serengeti Court Haymarket, VA 20169 | | Convertible Promissory Note | Unliquidated | | | $75,000.00 |
| William Tener 4771 23rd St. N. Arlington, VA 22207 | | | | | | $10,000.00 |

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re    Tradition Brewing Company LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Allison Wittkamp<br>4 Museum Drive<br>Newport News, VA 23601 | A | 24.50 | |
| Andrew Beale<br>95 Stonewall Place<br>Newport News, VA 23606 | A | 24.50 | |
| Daniel Powell<br>4632 Minuteman Way<br>Williamsburg, VA 23188 | A | 2.0 | |
| Marti Caldwell<br>130 August Drive<br>Seaford, VA 23696 | A | 24.50 | |
| P. Gray Bowditch<br>210 Mistletoe Drive<br>Newport News, VA 23606 | A | 24.50 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Board Chairman of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 31, 2022

Signature    /s/ Pax Goodson

Pax Goodson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

The Corporation Trust Company, RA
1209 Orange St
Wilmington, DE 19801


Alex Hutcherson
2989 River Reach
Williamsburg, VA 23185


Allison Wittkamp
4 Museum Drive
Newport News, VA 23601


Amoretti Inc.
451 South Lombard Street,
Oxnard, CA 93030


Andrew Beale
95 Stonewall Place
Newport News, VA 23606


Andrew W. Beale
95 Stonewall Place
Newport News, VA 23606


Anthony Trujillo
412 Belmont Circle
Yorktown, VA 23693


Arc 3 Gases
P.O. Box 896866
Charlotte, NC 28289


ARC 3 Gases
P.O. Box 896866
Charlotte, NC 28289-6866


Atlantic Protection Services
700 South Military Highway
Virginia Beach, VA 23464-1822


Auto Chlor
6301 Stevenson Ave,
Alexandria, VA 22304


B+B Brewery Company, LLC
3632 Kevin Drive
Norfolk, VA 23518


Bay Disposal
PO Box 535233
Pittsburgh, PA 15253-5233


Beach Trivia
4369 Merrimac Trail, 55

Blanco Labels
3316 Aerial Way Drive SW
Roanoke, VA 24018


Blanco, Inc.
3316 Aerial Way, SW
Roanoke, VA 24011


BMI
Nationwide Credit,  PO Box 15130
Wilmington, DE 19850-5130


BREWN13, LLC
937 Corporate Lane
Chesapeake, VA 23320


BSG Select Ingrdients
PO Box 74769
Chicago, IL 60694-4769


Cameron Robinett
3005 Meredith Drive
Portsmouth, VA 23703


Charles P. Rettig, Commissioner
IRS 1111 Constitution Ave NW
Washington, DC 20224


ChemStation Virginia LLC
PO Box 933021
Cleveland, OH 44193


City of Newport News
2400 Washington Avenue
Newport News, VA 23607


Cliff Dunn
130 James River Drive
Newport News, VA 23606


Container Logic SRP, LLC
950 Dorman Street
Indianapolis, IN 46202


Cox Communications
Dept. 781121, PO Box 78000
Detroit, MI 49278


Cox Communications
Dept 781121 PO Box 78000
Detroit, MI 48278


Craig M. Burns, Commissioner
Va. Dept. of Taxation
Main Street Centre 600 East Main Street

David Hartnet
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1500
Norfolk, VA 23510

David T. Caldwell
130 August Drive
Seaford, VA 23696

Department of the Treasury, IRS
P.O. Box 7346
Kansas City, MO 64999-0014

Dominion Energy
PO Box 26543
Richmond, VA 23290-0001

Dr. James. M Mullins
317 Quarter Track
Yorktown, VA 23693

Dr. Saint George Lee
607 River Road
Newport News, VA 23601

Drucker & Falk, LLC
11824 Fishing Point Dr. Suite A.
Newport News, VA 23606

EA Harper Company
700 Thimble Shoals Blvd, Suite 107
Newport News, VA 23606

Ekos Brewmaster/TechStructures, LLC
8118 Statesville Road, Unit A
Charlotte, NC 28269

Groom & VanEck, LLC
16350 Pleasure Point Place
Windsor, VA 23487

Hanover American Insurance
PO Box 580045
Charlotte, NC 28258

Hanover Insurance
PO Box 580045
Charlotte, NC 28258-0045

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258

Harris and Harris
111 W. Jackson Blvd, Suite 400
Chicago, IL 60604

10226 Governor Lane Boulevard Suite 4008
Williamsport, MD 21795


Intuit
2700 Coast Ave.
Mountain View, CA 94043


Jay Mirmelstein
2309 Point Chesapeake Quay, Unit 5011
Virginia Beach, VA 23451


Jed Donaldson, Esquire
919 East Main Street, Suite 1000
Richmond, VA 23219


Jennifer Fenner Creative
107 Harvest Way
Yorktown, VA 23693


Jessica D. Aber,  E.D.VA. U.S. Attorney
SunTrust Building
919 East Main Street Suite 1900
Richmond, VA 23219


Juana Connors-Trujillo
412 Belmont Circle
Yorktown, VA 23693


Julia Bowditch
210 Mistletoe Drive
Newport News, VA 23606


Kaufman & Canoles
PO Box 3037
Norfolk, VA 23514


Kay Coles James
Secretary of Commonwealth P.O. Box 1475
Richmond, VA 23219


Keith Vandervennet
206 James River Drive
Newport News, VA 23601


KSR Drummond, LLC
118 Beecham Drive
Yorktown, VA 23692


Kurt Manos LLC
PO Box 6485
Newport News, VA 23606


Lee Bowditch
101 Parkway Drive
Newport News, VA 23606

M. Price Distribution Co.
1 Budweiser Street
Hampton, VA 23661


M. Price Distribution Co.
1 Budweiser Street
Hampton, VA 23661


Mailchimp /  The Rocket Science Group
675 Ponce De Leon Ave NE, suite 5000
Atlanta, GA 30308


Marcelle Scott
586 Crown Point Drive
Newport News, VA 23602


Marti Caldwell
130 August Drive
Seaford, VA 23696


Marti L. Caldwell
130 August Drive
Seaford, VA 23696


Merrick Garland, U.S. Attorney's General
950 Pennsylvania Avenue, NW
Washington, DC 20530


Metro Group
50-23 23rd Street
Long Island City, NY 11101


Metro Mechanical Corporation
6017 Providence Rd
Virginia Beach, VA 23464


Michael Trujillo
412 Belmont Circle
Yorktown, VA 23693


Mr. and Mrs. Willits Bowditch
3 Merry Circle
Newport News, VA 23606


New York Life
PO Box 6916
Cleveland, OH 44101


Newport News Redevelopment & Housing Aut
P.O. Box 797
Newport News, VA 23607


P. Gray Bowditch
210 Mistletoe Drive
Newport News, VA 23606

Parkway Printing
537 2nd Street
Williamsburg, VA 23185

Pax Goodson
405 Park Place
Newport News, VA 23601

Powers Business Machines
9701 Warwick Blvd
Newport News, VA 23601

Pretty Ugly Distribution, LLC
845 S. Battlefeild Blvd
Chesapeake, VA 23322

Proximity Malt Group
644 South 5th Street
Milwaukee, WI 53204

Sandra Beale
95 Stonewall Place
Newport News, VA 23606

Sandra Jenkins Beale
95 Stonewall Place
Newport News, VA 23606

Sands Anderson
PO Box 1998
Richmond, VA 23218

Shirley Beale
95 Stonewall Place
Newport News, VA 23606

State Farm Mutual Automobile Insurance C
PO Box 2368
Bloomington, IL 61702

TBC Investors
22 Museum Drive
Newport News, VA 23601

Tidewater Pest Services
11712 Jefferson Avenue
Newport News, VA 23606

Tiffany Boyle, Com. of the Revenue
2400 Washington Ave.
Newport News, VA 23607

Todd Hollis
724 Gibbon Street
Alexandria, VA 22314

Townebank
Po. Box 2818
Norfolk, VA 23501-2818


Travis Hill, CEO
Virginia Department of ABC PO Box 27491
Richmond, VA 23261


TSYS Merchant Processing
1 TSYS Way
Columbus, GA 31901


Virginia Department of ABC
PO Box 27491
Richmond, VA 23261


Virginia Department of Taxation
PO Box 1115
Richmond, VA 23218


Virginia Natural Gas
PO Box 5409
Carol Stream, IL 60197-5409


Whitecap Craft Beer Enterprises, LLC
5800 Serengeti Court
Haymarket, VA 20169


William Tener
4771 23rd St. N.
Arlington, VA 22207


Wine and Beer Supply, LLC
12015 Lakeridge Pkwy, Ste 100
Ashland, VA 23005


Zack Wittkamp
4 Museum Drive
Newport News, VA 23601


Zackary E. Wittkamp
4 Museum Drive
Newport News, VA 23601

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re   Tradition Brewing Company LLC

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Tradition Brewing Company LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

October 31, 2022
_____
Date

/s/ Lynn L. Tavenner
_____
Lynn L. Tavenner 30083
Signature of Attorney or Litigant
Counsel for   Tradition Brewing Company LLC
Tavenner and Beran, PLC
20 N 8th Street, 2nd Floor
Richmond, VA 23219
(804) 783-8300  Fax:
ltavenner@tb-lawfirm.com